

COMPOSITE
EXHIBIT
"1"

