

COMPOSITE
EXHIBIT
"B"
"2"



