[Translation into English of a handwritten document in Spanish]

*El Morro 05/26/2016*

*State of Sucre letter fisherman*

*I, Nelson Rafael Suarez Gomez, of legal age, 62 years old.*

*National ID Card [cedula] 9?054762*

*As an artisanal [non-industrial] fisherman taught my son Nelvis Rafael Suarez Martines [sic] to fish at the age of 15.*

*/s/ illegible signature*



El Morro 26/.05/2016
estado Sucre carta pescador

yo nelson RAFAel Suarez Gomez
Mayor de edad 62 año
CI 9.054762
como8 PESCador artesanal
en seña a mi HiJO NELVis Rafael
SUAREZ martines a Pescar Edad
de 15 año

NSS

