[Translator's Note: Page 1 of Seaman's Book is printed in Spanish and English]

[SEAL OF THE REPUBLIC OF VENEZUELA]

MINISTRY OF THE PEOPLE'S POWER
FOR TRANSPORTATION AND COMMUNICATIONS
NATIONAL WATERWAYS INSTITUTE

*CEDULA DE MARINO*
**SEAMAN'S BOOK**

SUPPORT PERSONNEL
**RATINGS AND ABLE SEAMEN**

Book No. **011877**

ID No. *0655-ADSS*

NAME OF HOLDER: *Nelvi Rafael Suarez Martinez*

COMPOSITE
EXHIBIT
"4"

[Translator's Note: Pages 2 & 3 of Seaman's Book are printed in Spanish and English]

Seaman's Book Page 2 Not Translated

Seaman's Book Page 3 Translation

MINISTRY OF THE PEOPLE'S POWER
FOR TRANSPORTATION AND COMMUNICATIONS
NATIONAL AQUATIC BODIES INSTITUTE

Port Authority of: *Carupano*

Assigned Control Code No.: *0655-ADSS*

Name of Holder: *Nelvi Rafael Suarez M.*

Name of Holder's Father: *Nelson R. Suarez*

Name of Holder's Mother: *Yani J. Martinez*

Marital Status *Single*

Nationality: *Venezuelan*

Place and Date of Birth: *Cpno., 06/11/1990*

Home Address: *El Morro, Sector La Playa, House not numbered, State of Sucre*

This Book has been registered before this Port Authority in compliance with Article 13, Number 7 of the General Marine Law and Related Activities and its corresponding regulations, in the position of *Seaman.*

[Translator's Note: Pages 4 & 5 of Seaman's Book are printed in Spanish and English]

Seaman's Book Page 4 Translation

PHYSICAL DESCRIPTION AND FEATURES

Height: *1 m. 80 cm.*

Age: *22 years old*

Complexion: *White*

Ears: *Medium*

Hair: *Light Brown*

Beard: *Shaven*

Eyes: *Brown*

Mustache: *Shaven*

Nose: *Aquiline*

Mouth/Lips: *Medium*

Physique: *Strong*

Distinguishing Marks: *None*

National Identity Card No.: *V-24.673.060*

Military Card No.

Issued by:

*/s/ Nelvis Suarez*
Signature

---

Seaman's Book Page 5 Translation

**[PHOTOGRAPH]**

Date: *09/10/2012*

[INK STAMP:]

Bolivarian
Republic of
Venezuela
[SEAL]
Port Authority
Carupano
State of
Sucre

*/s/ ILLEGIBLE SIGNATURE*
HARBOR MASTER
PORT AUTHORITY
*CAP/ALT JORGE G. FERNANDEZ FERNANDEZ*
HARBOR MASTER OF CARUPANO

[Translator's Note: Pages 6, 7, 8 & 9 of Seaman's Book are printed in Spanish and English]

Seaman's Book Page 6 Translation

AFFIXED TAX STAMP

The corresponding tax obligations were paid according to form No. *00174892* dated 09-07-2012
Carupano, *09/10/2012*

/s/ illegible signature
HARBOR MASTER

Bolivarian Republic of Venezuela [SEAL] Port Authority Carupano State of

/s/ ILLEGIBLE SIGNATURE
HARBOR MASTER
PORT AUTHORITY
CAP/ALT JORGE G. FERNANDEZ FERNANDEZ
HARBOR MASTER OF CARUPANO

---

Seaman's Book Page 7 Translation

**CREW MOVEMENT**

Name: *Nelvi Rafael Suarez*

Boarded ship at:

To Perform as: *Seaman at Sea - 9/14/12*

Captain's Name: *Aniceto Adrian*

Crew Manifest: *125/12 ADSS*

*/s/ illegible signature*
HARBOR MASTER

Logged time at sea before this period: ——— ———

Discharged today at the Port of: *El Morro de Puerto Santo*

Cause for Leave: *Voluntary*

Logged time at sea during this period: *Four (04) months*

Date: 01/14/2013

| MONTHS | DAYS |
|---|---|
| --------- | ------- |
| 04 | 00 |
| 04 | 00 |

TOTAL TIME AT SEA

*/s/ illegible signature*
HARBOR MASTER

CAP/ALT JORGE G. FERNANDEZ FERNANDEZ
HARBOR MASTER OF CARUPANO
ADM. AUTH. INEA NO 285 OF 02/14/2012

Seaman's Book Page 8 Translation

**CREW MOVEMENT**

Name: *Nelvi Rafael Suarez M.*

Boarded the ship at: L/M "Fondo del Mar" ADSS-7140

To Perform as: *Seaman (El Morro, 05/24/2013)*

Captain's Name: *Jesus Enrique Farfan*

Crew Manifest: *054/13/ ADSS / DMM*

*/s/ illegible signature*
HARBOR MASTER

Logged time at sea before this period:

Discharged today at the Port of: Carupano

Cause for Leave: *Voluntary*

Logged time at sea during this period: *07 months, 15 days*

Date: 01/10/2014

| MONTHS | DAYS |
|---|---|
| 04 | 04 |
| 07 | 15 |
| 11 | 15 |

TOTAL TIME AT SEA

*/s/ illegible signature*
HARBOR MASTER

---

Seaman's Book Page 9 Translation

**CREW MOVEMENT**

Name: *Nelvi Rafael Suarez M.*

Boarded the ship at: *L/M "Cordero de Dios" ARSH-9138*

To Perform as: *Seaman (El Morro, 08/21/2014)*

Captain's Name: *Felix Jose Bermudez*

Crew Manifest: *154/14/ ADSS / DMM*

*/s/ illegible signature*
HARBOR MASTER

Logged time at sea before this period:

Discharged today at the Port of: *[illegible]*

Cause for Leave: *Voluntary*

Logged time at sea during this period: *07 months, 22 days*

Date: 04/13/1514

| MONTHS | DAYS |
|---|---|
| 11 | 15 |
| 07 | 22 |
| 19 | 07 |

TOTAL TIME AT SEA

*/s/ illegible signature*
HARBOR MASTER