**BOLIVARIAN REPUBLIC OF VENEZUELA**

**COMMUNITY COUNCIL SALINA II**

**EL MORRO PARISH**

**ARISMENDI MUNICIPALITY**

**STATE OF SUCRE**

*National Council of*
*Non-Industrial Fishermen*
*Paria Peninsula*
CP000476
*/s/ illegible signature*
*13-924-280*

## CERTIFICATE OF LOW INCOME INDIVIDUAL

We, the undersigned, active members of the Community Council Salina II, all Venezuelan citizens, of legal age, residents of this community and exercising our legal powers and being legally competent hereby

**CERTIFY**

That citizen **NELVIS RAFAEL SUAREZ MARTINEZ**, Holder of National Identification Card No. V-24.673.060, Venezuelan citizen, 24 years old, resident of Sector Salina II, El Morro Parish, Arismendi Municipality in the State of Sucre, through our acquaintance with the abovementioned citizen, we certify that he is a low income individual.

This certificate is issued at the request of the interested party on the (25) day of the month of May, 2016.

By the Community Council Salina II

*/s/ Evelis Rivera*
RIVERA EVELYS
ID: 10.879.644

*/s/ illegible signature*
MONTANOS IREVIS
ID: 5.875.537

*/s/ illegible signature*
YANELIS LUGO
ID: 11.064.251

*/s/ [illegible] Rodriguez*
RODRIGUEZ YUSMAIRA
ID: 11.966.045

COMMUNITY COUNCIL
"SALINA II
RIF J-30807611-5
EL MORRO PARISH
ARISMENDI MUNICIPALITY – [ILLEGIBLE]

EXHIBIT
"6"